IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

R. ALEXANDER ACOSTA, SECRETARY OF )
LABOR, UNITED STATES DEPARTMENT )
OF LABOR,[1] )
)
        Plaintiff, )  CIVIL ACTION NO: 16-1596
)
v. )
)
MERRYTON BOSSIER LLC, )
and HUI PING LI, )
individually, )
)
        Defendants. )

## Consent Judgment

The Plaintiff has filed his Complaint and Defendants have agreed to the entry of judgment without opposition. The Secretary of Labor brought this action to enjoin Defendants from violating Section 15(a)(3) of the Fair Labor Standards Act of 1938 (the "Act") and for all other appropriate relief including the payment of lost wages, lost benefits and all other relief found due to one employee of Defendants by reason of Defendants' actions in alleged violation of the Act. It is, therefore, upon motion of the Plaintiff and for cause shown,

ORDERED, ADJUDGED and DECREED that Merryton Bossier, LLC, and Hui Ping Li, and their board of directors, officers, agents, representatives, managers, supervisors, servants, employees and all persons in active concert or participation with them, be and hereby are required to comply with the requirements of Section 15(a)(3) of the Fair Labor Standards Act of 1938, 29 U.S.C. Sec. 201, et seq., hereinafter referred to as the Act.

IT IS FURTHER ORDERED THAT:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), R. Alexander Acosta, Secretary of Labor, is automatically

1.  No later than fifteen (15) days following the entry of this Consent Judgment, Defendants shall pay Complainant, Curley Jones, the sum of $5,000.00. In consideration of Defendants' payment to Jones, the parties agree that all matters arising out of the claims in the Complaint related to Jones are compromised and settled.

2.  Payment shall be made payable to Curley Jones and the payment must be sent to the U.S. DOL Wage Hour Division, New Orleans District Office, F. Edward Hebert Building, 600 South Maestri Place, Room 615, New Orleans, LA 70130 within fifteen (15) days of the execution of this agreement by Defendants. Plaintiff shall make appropriate distribution of the unpaid compensation to Jones, or her estate if necessary. In the event that any of the money cannot be distributed to Jones within three (3) years because of inability to locate the proper person or because of her refusal to accept, the money shall be deposited with the U.S. Treasury.

3.  Defendants shall post a Notice to Employees, attached hereto as Exhibit A, at the Bossier Inn and Suites, 750 Diamond Jacks Blvd., Bossier City, Louisiana 71111, for a period of sixty (60) days. The notice shall be posted in a conspicuous place in or about the premises, including all places where posters for employees are customarily posted, including electronic posting where the employer communicates with its employees electronically.

4.  Defendants shall comply with the provisions of the Act and they shall not, contrary to Sec. 15(a)(3) of the Act, "discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this chapter, or has testified or is about to testify in any such proceeding, or has served or is about to serve on an industry committee." 29 U.S.C. §215(a)(3).

---

substituted as a party for the former Secretary of Labor, Thomas E. Perez.

It is further ORDERED that each party bear its or his own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding, including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

SIGNED this 26th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Defendants waive their defenses to Plaintiff's Complaint and consent to the entry of this judgment: | Plaintiff moves for entry of this judgment: |
| by: *[signature]* | by: *[signature]* |
| Charles H. Kammer III<br>Kammer & Huckaby, Ltd. (A.P.L.C.)<br>820 Jordan Ste 480<br>Shreveport, Louisiana 71101<br>318-222-0293 (phone)<br>*Counsel for Defendant*<br>*Merryton Bossier, LLC and individual*<br>*Defendant Hui Ping Li* | Brian Hurt<br>U. S. Department of Labor<br>Office of the Solicitor<br>525 Griffin Street, Suite 501<br>Dallas, Texas 75202<br>972-850-3134 (phone)<br>972-850-3101 (facsimile)<br>hurt.brian@dol.gov<br>*Counsel for Plaintiff* |